**07-1684-cr(L); 08-1814-cr(Con)**
US v. Casiano (Vera)


# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of January, two thousand ten.

PRESENT: PIERRE N. LEVAL,
CHESTER J. STRAUB,
RICHARD C. WESLEY,
*Circuit Judges.*

_____

United States of America,

     *Appellee,*

     v.          07-1684-cr (Lead), 08-1814-cr (Con)

Jose Santiago Vera, also known as Max, Eduardo Casiano,

     *Defendants-Appellants.*

_____

APPEARING FOR DEFENDANTS-APPELLANTS: MICHELE HAUSER, Law Office of Michele Hauser, New York, NY

                                    DAVID L. LEWIS, Lewis &
                                    Fiore, New York, NY


APPEARING FOR APPELLEE:              Assistant United States
                                    Attorney ROBERT M.
                                    SPECTOR (Sandra S.
                                    Glover, Assistant
                                    United States Attorney,
                                    *on the brief*) for Nora
                                    R. Dannehy, United
                                    States Attorney for the
                                    District of Connecticut


Appeal from the United States District Court for the District of Connecticut (Kravitz, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and hereby is **AFFIRMED:**

Appellants Jose Santiago Vera ("Vera") and Eduardo Casiano ("Casiano") appeal from judgments of conviction entered in the United States District Court for the District of Connecticut (Kravitz, *J.*) on April 10, 2007 (Vera) and April 14, 2008 (Casiano), following a jury verdict. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

The district court did not abuse its discretion when it dismissed a juror *sua sponte*. The juror indicated her inability to follow the court's instructions and the court justifiably removed her.

The district court also did not abuse its discretion when the court declined to interview a juror *in camera* after the completion of the trial. Under Federal Rule of Evidence 606(b), a court may not interview a juror about "any matter or statement occurring during the course of the jury's deliberations or to the effect of anything upon that or any other juror's mind or emotions as influencing the juror to assent to or dissent from the verdict." Fed. R. Evid. 606(b). A juror may only testify about "(1) whether extraneous prejudicial information was improperly brought to the jury's attention, (2) whether any outside influence was improperly brought to bear upon any juror, or (3) whether there was a mistake in entering the verdict onto the verdict form." *Id*. We find no error in the court's conclusion that the juror's letter did not implicate any of the three permissible areas of inquiry.

Finally, the district court did not commit plain error when it permitted the government's investigator to testify

3

about the proffer and cooperation agreements.

     We AFFIRM.

                                             FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk

4